UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL YAHNE, <br><br> Plaintiff, <br><br> v. <br><br> PIERCE COUNTY CORRECTIONS *et al.*, <br><br> Defendant. | Case No. C04-5725FDB <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 6th day of September 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1